# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

MAR 31 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. )  Case No. 07-CR-0315 OWW
Timothy Mark Maugeri )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Timothy Mark Maugeri__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the Home Detention/Electronic Monitoring Condition, and replacing it with the following condition:

Participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring - **CURFEW:** You are restricted to your residence everyday from 9 pm to 6 am, as directed by the Pretrial Services Officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3-31-08      _____  3-31-08
Signature of Defendant      Date          Pretrial Services Officer    Date
Timothy Mark Maugeri                      Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                 3/31/08
Signature of Assistant United States Attorney        Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 3-31-08
Signature of Defense Counsel                         Date
Katherine Hart

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __3/31/08__.
☐ The above modification of conditions of release is *not* ordered.

_____                 3/31/08
Signature of Judicial Officer                        Date
Gary S. Austin, United States Magistrate Judge

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services