KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
TIMOTHY MARK MAUGERI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-07-0315 OWW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE, REQUEST FOR ORDER APPROVING NEW DATE |
| vs. | |
| TIMOTHY MARK MAUGERI, | CURRENT DATE: 2/9/09 , 9:00 a.m.<br>NEW DATE: 4/6/09 at 9:00 a.m. |
| Defendant. | |

It is hereby stipulated by and between counsel for the government and counsel for defendant that the sentencing date set for February 9, 2009 at 9:00 a.m. be rescheduled to April 6, 2009 at 9:00 a.m.  Counsel for the government will be out of the geographical area on February 9, 2009; both counsel for the government and counsel for the defendant have oral argument in the same case before the Ninth Circuit Court of Appeals on March 9, 2009, and both counsel's respective calendars show April 6, 2009 as an available sentencing date.  The defendant is out of custody and complying with all conditions of pretrial release.

WHEREFORE the parties request that the court, for good cause, approve

1

the attached order.

DATED: 2/3/09          /s/Katherine Hart
                       KATHERINE HART, Attorney for
                       Defendant TIMOTHY MARK MAUGERI

DATED: 2/3/09          /s/Kevin Rooney
                       Kevin Rooney, Assistant United States
                       Attorney

## ORDER

Counsel having stipulated to continue the sentencing date to April 6, 2009, it is hereby ordered that the sentencing date previously set for February 9, 2009 at 9:00 a.m. be reset to April 6, 2009 at 9:00 a.m..

IT IS SO ORDERED.

**Dated:   February 3, 2009**          **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE